

FILED

01/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0674

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0674

JOHN DOBROWSKI,

    Plaintiff and Appellant,

v.

BUFFALO TRAILS ESTATES
HOMEOWNERS ASSOCIATION, INC.,

    Defendant and Appellee.

O R D E R

FILED

JAN 0 2 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant John Dobrowski, representing himself in this appeal, filed his opening brief on December 29, 2023. This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. The Court attempts to give some leeway to self-represented litigants, but there are certain requirements of the Rules of Appellate Procedure that are essential to its ability to consider an appeal. After reviewing the Appellant's opening brief, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted with corrections. The Court has published a handbook to help litigants prepare their briefs for filing and will provide Mr. Dobrowski a copy to assist him in submitting his revised brief.

Rule 12(1)(b) requires a statement of issues presented for review. The statement of issues should identify for this Court what legal errors the Appellant believes the district court made.

Rule 12(1)(d) requires that the statement of facts portion of a brief contain references to the pages or the parts of the record at which material facts appear. This Court may not consider any facts or documents that the District Court did not have before it. Appellant's statement of the case and facts does not contain references to the record. Therefore, the brief must include references to the record on appeal—for example, Complaint, p. 2; Order, p. 3; or Motion for Summary Judgment, p. 2.

Rule 12(1)(e) requires a statement of the standard of review as to each issue raised, together with a citation to authority. Appellant's brief omits this section. The Court's website includes a Standards of Review Handbook that the Appellant may find helpful: https://courts.mt.gov/SORH/

Rule 12(1)(f) requires a summary of the argument containing a succinct, clear, and accurate statement of the arguments made in the body of the brief. Appellant's brief contains no summary of the argument.

Rule 12(1)(i) provides that an appellant's opening brief shall contain an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken. Appellant's brief does not contain the October 6, 2023, Order that Appellant presumably appeals.

Finally, Rule 11(4)(e) requires a signed certificate of compliance that states that the document's line spacing is proportionally spaced; the text is double spaced; and the calculated word count. Appellant may rely on the word count of the word processing system used to prepare the brief. The word count only needs to include the count of the actual brief content itself. In other words, it is not necessary to count the words of the Cover Page, Table of Contents, Table of Authorities, Certificate of Service, Certificate of Compliance, and Appendices.

IT IS THEREFORE ORDERED that the Appellant's Opening Brief is rejected.

IT IS FURTHER ORDERED that the referenced brief and copies submitted be returned for revisions necessary to comply with the specified Rules.

IT IS FURTHER ORDERED that within twenty-one (21) days of the date of this Order the Appellant shall file with the Clerk of Court a signed original and seven (7) copies of the revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record.

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed.

IT IS FURTHER ORDERED that the postage costs for returning the Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable

2

upon receipt.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to the Appellant, along with a copy of the Civil Appellate Handbook, and to all parties of record.

DATED this 2nd day of January, 2024.

For the Court,

By_____
Justice